ESTATE of Louis RICHARDS, deceased,
Petitioner,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent.

No. 14267.

United States Court of Appeals
Ninth Circuit.

April 25, 1955.

Samuel Taylor, Walter G. Schwartz, San Francisco, Cal., for appellant.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Howard P. Locke, Davis W. Morton, Jr., Sp. Assts. to Atty. Gen., Daniel A. Taylor, Chief Counsel, Internal Revenue Service, Washington, D. C., for respondent.

Before MATHEWS and CHAMBERS, Circuit Judges, and BYRNE, District Judge.

PER CURIAM.

The Tax Court's decision, 20 T.C. 904, is affirmed upon the authority of Estate of Heidt v. Commissioner, 9 Cir., 170 F. 2d 1021, affirming 8 T.C. 969; Steen v. United States, 9 Cir., 195 F.2d 379, certiorari denied 344 U.S. 822, 73 S.Ct. 21, 97 L.Ed. 640.